UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WORLD CONNECTION, LLC, an Idaho limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL TRADE COMMISSION, ANDREW SALISBURY, an individual,<br><br>    Defendants. | Case No. 1:18-cv-00202-BLW<br><br>ORDER |

The Court has before it the parties' Stipulation for Dismissal with Prejudice (Dkt. 13). Good cause appearing, the Court will grant the stipulation.

**ORDER**

**IT IS ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice (Dkt. 13) is **GRANTED**, and this case is dismissed in its entirety with prejudice.

DATED: September 26, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 1**