UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WORLD CONNECTION, LLC, an Idaho limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION, ANDREW SALISBURY, an individual,<br><br>Defendants. | Case No. 1:18-cv-00202-BLW<br><br>**JUDGMENT** |

In accordance with the Order filed concurrently herewith and Defendant Andrew Salisbury's Notice of Dismissal of Crossclaim (Dkt. 14),

**NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that this case be dismissed in its entirety, with prejudice. The Clerk of the Court is directed to close this case.

DATED: September 26, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1